IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Securities & Exchange Commission

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Tomer Feingold and Dov Malnik, Defendants, and Adamas Healthcare Fund, Amiservice Development Limited, Ample Vantage Trading Limited, Bravo Business Limited, Kuray Investments Limited, Mignon Group Limited, Upbeat Worldwide Investments Limited, Relief Defendants. | |

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Securities & Exchange Commission

| Plaintiff | Case Number |
|---|---|
| vs. | 19-CV-9744 |
| Benjamin Taylor, Darina Windsor, and Joseph Abdul Noor El-Khouri, | |

Defendant

IH-32								Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case against Taylor, Windsor, and El-Khouri was filed on October 22, 2019. The defendants are all located overseas. On February 26, 2020, Judge Preska issued an order requiring counsel for the Commission to provide an update as to the status of the action and the remaining claims/defendants no later than March 6, 2020 (ECF No. 12).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In the earlier filed case, SEC v. Taylor, Windsor, and El-Khouri, 19-cv-09744 (LAP) (filed October 22, 2019), the Commission alleges that defendants Taylor and Windsor directly or indirectly tipped certain traders about confidential information obtained in breach of their duties as employees of investment banks in London, including but not limited to defendant El-Khouri. As reflected in the Complaint against Feingold and Malnik (the later filed case), the Commission alleges that Feingold and Malnik were traders also who received tips of material, non-public information directly or indirectly from Taylor and Windsor.

Accordingly, the Commission submits that the complaint against Feingold and Malnik is related to SEC v. Taylor, Windsor, and El-Khouri.

Signature: /s/ Sussneta Vinto    Date: 03/03/2020

Securities & Exchange Commission

Firm: _____