UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>       Plaintiff,<br><br> vs.<br><br>TOMER FEINGOLD and<br>DOV MALNIK,<br><br>       Defendants,<br><br>- and -<br><br>ADAMAS HEALTHCARE FUND, AMISERVICE DEVELOPMENT LIMITED, AMPLE VANTAGE TRADING LIMITED, BRAVO BUSINESS LIMITED, KURAY INVESTMENTS LIMITED, MIGNON GROUP LIMITED, UPBEAT WORLDWIDE INVESTMENTS LIMITED,<br><br>       Relief Defendants. | Civil Action No. 20-cv-1881 (LAP) |

**STIPULATION REGARDING EXTENSION OF DEADLINES AND TEMPORARY ASSET FREEZE AS TO RELIEF DEFENDANT ADAMAS HEALTHCARE FUND**

WHEREAS, on April 8, 2020, this Court entered an Order to Show Cause, Temporary Restraining Order Freezing Assets and Granting Other Relief (the "April 8 Order") and set a deadline of April 22, 2020 for Defendants and Relief Defendants to file any opposing papers in response to the April 8 Order;

WHEREAS, Plaintiff Securities and Exchange Commission (the "Commission") and Relief Defendant Adamas Healthcare Fund ("Adamas Healthcare") wish to preserve the status quo and adjourn the briefing schedule to allow them to engage in further negotiations regarding the Commission's application for relief, including the scope of the asset freeze;

WHEREAS this is the parties' first request to extend the relief in the April 8 Order and adjourn the briefing schedule;

**IT IS HEREBY STIPULATED AND AGREED** by the Commission and Adamas Healthcare, through respective undersigned counsel, that the April 8 Order shall remain in full force as to Adamas Healthcare until the Commission and Adamas Healthcare reach agreement as to a proposed resolution regarding the Commission's application for relief or until this Court makes a determination as to that application;

**IT IS FURTHER AGREED** that the deadline for Adamas Healthcare to submit any opposing papers in response to the April 8 Order is extended until May 29, 2020, and the deadline for the Commission to submit any reply papers in response to any such submission by Adamas Healthcare is extended until June 12, 2020;

**IT IS FURTHER AGREED** that this Stipulation may be signed in counterparts by facsimile or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

Dated: April 22, 2020

/s/ Assunta Vivolo
Assunta Vivolo
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100
VivoloA@sec.gov
*Counsel for Plaintiff*
*Securities and Exchange Commission*

Dated: April 22, 2020

/s/ Rachel Maimin

Rachel Maimin
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*Counsel for Relief Defendant*
*Adamas Healthcare Fund*

**IT IS SO ORDERED,** this __5th__ day of ~~April~~ May 2020:

By: _/s/ Loretta A. Preska_
UNITED STATES DISTRICT JUDGE

-3-