

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590

May 20, 2020

<u>VIA ECF FILING</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

      Re:   <u>*SEC v. Feingold & Malnik, et al.*, 20-cv-01881 (UA)</u>

Dear Judge Preska:

      The Commission writes to update the Court regarding the status of this civil action.

      As this Court is aware, on March 3, 2020, the Commission filed a complaint against Tomer Feingold ("Feingold") and Dov Malnik ("Malnik"), alleging that Feingold and Malnik engaged in insider trading in violation of the federal securities laws.  The complaint also named several relief defendants, including Adamas Healthcare Fund ("Adamas Healthcare").  Today, the Commission is moving to amend the complaint to allege additional trading by Feingold and/or Malnik through Adamas Healthcare, as well as to clarify that certain trades previously alleged to have effectuated by Feingold and/or Malnik through Adamas Healthcare Fund were effectuated through an affiliated entity, Adamas Global.  The proposed amended complaint, attached as Exhibit A to the motion, does not add any additional parties or claims, nor does the amended complaint include any securities not previously referenced in the original complaint.

      Since the summons has not yet been served on the defendants and/or the relief defendants, the Commission is moving to amend the complaint as a matter of course in accordance with Federal Rule of Civil Procedure 15(a)(1)(A).  The Commission anticipates requesting the issuance of summonses, at which point counsel will commence serving the amended complaint.

      Thank you in advance for your consideration of this matter.

                                     Sincerely,

                                     Rua M. Kelly