

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590**

September 10, 2020

<u>VIA ECF FILING</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

    Re:   <u>*SEC v. Feingold & Malnik, et al.*, 20-cv-01881 (LAP)</u>

Dear Judge Preska:

    Pursuant to the Stipulation and Order Modifying Freeze as to Adamas Health Care Fund (the "Order") (ECF No. 41), the parties are hereby submitting this joint letter to update the Court on the status of the asset freeze.

    On September 9, 2020, counsel for relief defendant Adamas Health Care Fund (the "Fund") was advised by J.P. Morgan Chase ("JPMC") that approximately $2,882,000 was transferred from the Fund's JPMC account in the United Kingdom to the Fund's Interactive Brokers ("IB") account in the United States, as required by Paragraph IV of the Order.  The parties have now confirmed with IB that the monies are presently frozen in the Fund IB account.

    The parties agree that the Fund has complied with its obligations under Paragraph IV of the Order, and will keep the Court apprised regarding any further developments in this matter.

Sincerely,

/s/ Rua M. Kelly                                                                          /s/ H. Gregory Baker
Rua M. Kelly                                                                               H. Gregory Baker
Trial Counsel                                                               Counsel to Adamas Health Care Fund
Securities & Exchange Commission              Lowenstein Sandler LLP
33 Arch Street, 24th Floor                            1251 Avenue of the Americas
Boston, MA  02110                                          New York, NY  10020