```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States Securities and        :
Exchange Commission,                :      20 cv 1881 (LAP)
                    Plaintiff(s),   :
                                    :         ORDER
        -against-                   :
                                    :
Feingold, et al.,                   :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than February 24, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                            _/s/ Loretta A. Preska_

                                            LORETTA A. PRESKA,

                                            Senior U.S.D.J.

Dated: February 15, 2023

New York, New York